John N. SWEET et al., Appellants, v. B. F. GOODRICH COMPANY, Appellees.

No. 10804.

United States Court of Appeals
Sixth Circuit.

May 16, 1949.

William J. Corrigan, Anthony F. Gaughan, Jos. B. Corrigan, and Timonthy

F. McMahon, Cleveland, Ohio, and A. M. Oliver, Pittsburgh, Pa., for appellants.

L. M. Buckingham and Dwight Parsons, Akron, Ohio, for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

The appeal is dismissed under the authority of Kuly, et al. v. White Motor Co., 6 Cir., 174 F.2d 742, this day decided.